**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Twayne Lebarsha WARE, a.k.a.**
**"Chick", Defendant-**
**Appellant.**

**No. 17-11837**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(December 29, 2017)

---

Sandra J. Stewart, U.S. Attorney Service—Middle District of Alabama, U.S. Attorney's Office, Montgomery, AL, for Plaintiff-Appellee

Amardo Wesley Pitters, A W Pitters Law Firm, Montgomery, AL, for Defendant-Appellant

Before WILLIAM PRYOR, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

LaConya Murray, appointed appellate counsel for Twayne Ware in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ware's convictions and sentences are **AFFIRMED.**